IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERNEST SEXTON and JO ANN SEXTON**                                              **PLAINTIFFS**

v.                              **3:06CV00163-WRW**

**SHERIFF WAYMOND HUTTON,**
**individually and in his official capacity;**
**DEPUTY DELBERT ROBBINS, individually**
**and in his official capacity**                                                              **DEFENDANTS**

## ORDER

Pending is a Joint Motion for Extension of Time for Discovery (Doc. No. 16). The Motion is GRANTED. Discovery is extended until August 27, 2007. The dispositive motions deadline is also moved until September 10, 2007. The jury trial set to begin on October 9, 2007 at 9:00 a.m. remains unchanged.

IT IS SO ORDERED this 18th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE