IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERNEST SEXTON and**
**JO ANN SEXTON**                                                                                    **PLAINTIFFS**

**v.**                                             **NO. 3:06CV00163-WRW**

**SHERIFF WAYMOND HUTTON,**
**individually and in his official capacity, and**
**DEPUTY DELBERT ROBBINS, individually**
**and in his official capacity**                                                              **DEFENDANTS**

## ORDER

Pending is Defendant's oral Motion for Extension of Time to Respond to Plaintiffs' Motion in Limine. For good cause shown, Defendant's Motion is GRANTED. Defendants have until Friday, August 17, 2007.

IT IS SO ORDERED this 15th day of August, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE