**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ERNEST SEXTON AND JO ANN SEXTON**                                    **PLAINTIFFS**

v.                          3:06CV00163-WRW

**SHERIFF WAYMOND HUTTON, Individually;**
**DAN ELLISON, in his Official Capacity only; and**
**DEPUTY DELBERT ROBBINS, Individually**
**and in his Official Capacity**                                                       **DEFENDANTS**

## ORDER

Pending are Plaintiffs' unopposed Motion to Extend Deadline to Submit Jury Instructions (Doc. No. 37), unopposed Motion to Amend Pre-Trial Information Sheet (Doc. No. 38), and unopposed Motion to Reopen Discovery (Doc. No. 48). Plaintiffs' Motions (Doc. No.'s 37, 38, & 48) are GRANTED.

Pending is Defendants' Motion to Amend Pre-Trial Information Sheet (Doc. No. 44). Plaintiffs have responded (Doc. No. 46). Defendants' Motion (Doc. No. 44) is GRANTED.

The parties have to and including November 14, 2007, to complete discovery. Plaintiffs and Defendants are ordered to file Amended Pre-Trial Information Sheets by November 28, 2007.

This Order renders moot Defendant's pending Motion for Summary Judgment (Doc. No. 32). The parties have to and including December 12, 2007, to file a motion for summary judgment, and to and including January 10, 2008, to respond to any filed motion for summary judgment.

IT IS SO ORDERED this 17th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE