IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERNEST SEXTON AND JO ANN SEXTON**                                      **PLAINTIFFS**

**v.**                              **3:06CV00163-WRW**

**SHERIFF WAYMOND HUTTON, Individually;**
**DAN ELLISON, in his Official Capacity only; and**
**DEPUTY DELBERT ROBBINS, Individually**
**and in his Official Capacity**                                          **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Second Motion in Limine (Doc. No. 52). Defendants have responded (Doc. No. 53).

Plaintiffs seek to exclude evidence that Plaintiff Ernest Sexton was charged with rape in 2004, that the charge was reduced to a misdemeanor, and that Plaintiff Ernest Sexton pled *nolo contendere* to the charge. Plaintiffs also seek to exclude evidence that a jury acquitted Plaintiff Ernest Sexton of a sex crime in 2003.

Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED this 26th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE