IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST SEXTON, *et al.*                                                                          PLAINTIFF

V.                              3:06CV00163 WRW/JFF

WAYMOND HUTTON, INDIVIDUALLY
AND IN HIS INDIVIDUAL CAPACITY, *et al.*                              DEFENDANTS

## ORDER

After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Amend (Doc. No. 62) is DENIED.

DATED this 4th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE