IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EARNEST SEXTON and JO ANN SEXTON                    PLAINTIFFS

vs.                         NO: 3:06CV00163BSM

WAYMOND HUTTON, ET AL.                              DEFENDANTS

## ORDER

The parties are directed to file a status report with the Court within five calendar days indicating the motions that are pending and the issues that remain.

IT IS SO ORDERED this 30th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE