IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST SEXTON                                                                                    PLAINTIFF

Vs                              CASE NO. 3:06CV00163 BSM

DAN ELLISON, Sheriff of Lawrence County,
in His Official Capacity                                                                       DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on February 24, 2009 in favor of plaintiff Ernest Sexton against defendant Dan Ellison, in his official capacity as Sheriff of Lawrence County, Arkansas;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Ernest Sexton have and recover from Lawrence County, Arkansas damages in the amount of Thirty-Thousand Dollars ($30,000).

IT IS SO ORDERED this 25th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE